**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7260**

NICODEMUS WRIGHT,

        Plaintiff - Appellant,

    v.

HIGH TONYA; WILLIS J. FOWLER; CINDY DENIS; DANIELLE EDWARDS;
STEVEN PRESS,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at
Raleigh.  James C. Dever III, District Judge.  (5:17-ct-03112-D)

Submitted:  August 20, 2020                   Decided:  August 24, 2020

Before GREGORY, Chief Judge, WYNN, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nicodemus Wright, Appellant Pro Se.  Corrine Lenore Lusic, NORTH CAROLINA
DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nicodemus Wright appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court and deny Wright's motion to vacate the judgment. *Wright v. Tonya*, No. 5:17-ct-03112-D (E.D.N.C. Aug. 16, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*